**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Matthew Morrow, | No. CV-23-00642-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

The Court, having considered plaintiff's Unopposed Motion for Extension of Time Within Which to file the Opening Brief (first request), and good cause appearing,

IT IS ORDERED granting plaintiff's motion (Doc. 10) and extending the time within which plaintiff may file the Opening Brief to and including September 14, 2023.

Dated this 30th day of June, 2023.

Michael T. Liburdi
United States District Judge